[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-12895
Non-Argument Calendar

_____

D.C. Docket No. 8:18-cr-00332-WFJ-CPT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JONATHAN RIVERA-PULLIZA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 22, 2021)

Before NEWSOM, GRANT and MARCUS, Circuit Judges.

PER CURIAM:

Thomas Burns, appointed counsel for Jonathan Rivera-Pulliza in this appeal of the district court's revocation of Rivera-Pulliza's supervised release and resulting sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rivera-Pulliza's revocation of supervised release and sentence are **AFFIRMED**.